UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TIFFANY WARNER | CIVIL ACTION NO. 21-2323 |
| VERSUS | JUDGE SUMMERHAYS |
| CITY OF KAPLAN, ET AL. | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the City of Kaplan's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted [Doc. 23] is GRANTED, and the plaintiff's claims against the City of Kaplan are DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 21st day of April, 2022.

UNITED STATES DISTRICT JUDGE