# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **TIFFANY WARNER** | **CASE NO. 6:21-CV-02323** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **VERMILION PARISH RABIES & ANIMAL ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objection filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the following motions are GRANTED and that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE:

- Motion to Dismiss pursuant to Rule 12(b)(6) by State of Louisiana (Rec. Doc. 54)

- Motion to Dismiss pursuant to Rule 12(b)(6) by City of Abbeville, Mayor Mark Piazza, and the Abbeville City Council (Rec. Doc. 61)

- Motion to Dismiss pursuant to Rule 12(b)(6) by Sheriff Michael Couvillon (Rec. Doc. 75)

- Motion to Dismiss Penalty, Punitive, or Exemplary Damages by Deborah Garrot, Tristan Bodin, Chase Landry, and the Vermilion Parish Police Jury (Rec. Doc. 89)

- Motion to Strike and Motion to Dismiss pursuant to Rule 129b)(6) by Deborah Garrot, Tristan Bodin, Chase Landry, and the Vermilion Parish Police Jury (Rec. Doc. 91)

Signed at Lafayette, Louisiana, this 24th day of October, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE